# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE MIGUEL TREVINO, | : | |
| Petitioner, | : | |
| v. | : | No. 4:18-CV-1937 |
| UNITED STATES OF AMERICA, | : | (Judge Brann) |
| Respondent. | : | |

## ORDER

**AND NOW**, this 29th day of October 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The FCI-Allenwood Warden is deemed the Respondent.

2. Petitioner's habeas corpus action is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

                                                        BY THE COURT:

                                                        *s/ Matthew W. Brann*
                                                        Matthew W. Brann
                                                        United States District Judge